```
Court Name: U S District Court
Division: 4
Receipt Number: 44683003747
Cashier ID: tjohnsto
Transaction Date: 08/08/2012
Payer Name: HARMAN, CLAYTOR, CORRIGAN
--------------------------------
CIVIL FILING FEE
 For: HARMAN, CLAYTOR, CORRIGAN
 Amount:         $350.00
--------------------------------
CHECK
 Check/Money Order Num: 46401
 Amt Tendered: $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:      $0.00
```

KAREN PRESCOTT AND WILLIAM PRESCOTT

V.

JOY WADE AND

KIMBERLY IRVINE

4:12-CV-126