

## harman claytor corrigan wellman
THE CIVIL LITIGATION FIRM

JEREMY D. CAPPS | 804.762.8030 | jcapps@hccw.com

**By Federal Express**

August 7, 2012

The Honorable Fernando Galindo
Clerk of Court
U.S.D.C. for the Eastern District of Virginia
Newport News Division
P. O. Box 494
Newport News, VA 23607

Re: <u>Karen Prescott and William Prescott v. Joy Wade and Kimberly Irvine</u>
C.A. No.: _____

Dear Mr. Galindo:

Please find enclosed a Civil Cover Sheet and Notice of Removal for filing with the Court. My firm's check in the amount of $350.00 is also enclosed to cover the filing fee.

Thank you for your assistance.

Very truly yours,

Jeremy D. Capps

JDC/pbs
Enclosures
cc: Kevin P. Shea, Esq.